```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
                   07-CR-254(JMR/JSM)
```

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| David John Luoma | ) | |

On October 2, 2007, the Honorable Janie S. Mayeron, United States Magistrate Judge, issued a Report and Recommendation in this matter [Docket No. 27]. Neither party filed objections to the Report pursuant to Local Rule 72.1(c)(2). Accordingly, IT IS ORDERED that:

1. Defendant's motion to suppress evidence obtained as a result of search and seizure [Docket No. 16] is denied.

2. Defendant's motion to suppress statements, admissions, and answers [Docket No. 17] is denied as moot based on the government's representations in its written submissions, and on the representations of defendant's counsel during the hearing.

3. Defendant's motion to suppress eyewitness identifications [Docket No. 21] is denied as moot based on the government's representations in its written submissions, and on the representations of defendant's counsel during the hearing.

Dated: November 1, 2007

```
                        s/ James M. Rosenbaum
                        JAMES M. ROSENBAUM
                        United States Chief District Judge
```